IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **RANDY WARREN,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Civil Action No. 3:11-CV-3603-M |
| § | |
| **BANK OF AMERICA, N.A., as Successor** § | |
| **by Merger to BAC Home Loans Servicing** § | |
| **L.P. formerly known as Countrywide Home** § | |
| **Loans Servicing, L.P.,** § | |
| § | |
| **Defendant.** § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, & Recommendation of the United States Magistrate Judge on *Defendant's Motion to Dismiss*, filed January 6, 2012 (doc. 5). No objections were filed. The District Court reviewed the proposed Findings, Conclusions, & Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, & Recommendation of the United States Magistrate Judge.

*Defendant's Motion to Dismiss*, filed January 6, 2012 (doc. 5), is **GRANTED**, and Plaintiff's complaint against it is dismissed with prejudice and without an opportunity to replead.

SIGNED this 24th day of July, 2012.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS