IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RANDY WARREN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:11-CV-3603-M |
| | § | |
| BANK OF AMERICA, N.A., as Successor | § | |
| by Merger to BAC Home Loans Servicing | § | |
| L.P. formerly known as Countrywide Home | § | |
| Loans Servicing, L.P., | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, & Recommendation of the United States Magistrate on *Defendant's Motion to Dismiss*, filed January 6, 2012 (doc. 5). Objections were filed, and the District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, & Recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions, & Recommendation of the United States Magistrate Judge.

*Defendant's Motion to Dismiss*, filed January 6, 2012 (doc. 5), is **GRANTED**, and Plaintiff's complaint against it is dismissed with prejudice and without an opportunity to replead.

SIGNED this 19th day of March, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS